UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN ROSE and JANA ROSE,

    Plaintiff,

v.

CITY OF LUDINGTON,

    Defendant.

Case No. 1:22-cv-278

HON. HALA Y. JARBOU
MAG. PHILLIP J. GREEN

_____

| James H. Koning (P31622) | Allan C. Vander Laan (P33893) |
|---|---|
| Koning & Jilek, P.C. | Kristen L. Rewa (P73043) |
| Attorney for Plaintiffs | Cummings, McClorey, Davis & Acho |
| 8080 Moorsbridge Road, Suite 103 | Attorneys for Defendant |
| Portage, MI  49024 | 2851 Charlevoix Dr., S.E. - Suite 327 |
| (269) 343-1500 | Grand Rapids MI  49546 |
| jkoning@koningjilek.com | (616) 975-7470 |
|  | avanderlaan@cmda-law.com |
|  | krewa@cmda-law.com |

_____

## **STIPULATION**

    NOW COME the parties, by and through their respective counsel, and hereby stipulate that this action be dismissed with prejudice and without costs to any of the parties.

Dated: May 13, 2022           */s/ James Koning*     w/ permission
                                            James H. Koning (P31622)
                                            Attorney for Plaintiffs

Dated: May 13, 2022           */s/ Allan C. Vander Laan*
                                            Allan C. Vander Laan (P33893)
                                            Kristen L. Rewa (P73043)
                                            Attorneys for Defendant

## **ORDER**

Pursuant to the above Stipulation, the Court hereby orders that this action be dismissed with prejudice and without costs to the parties.

IT IS SO ORDERED.

This is a final Order and closes this case.

Dated:  May 13, 2022                                  /s/ Hala Y. Jarbou
                                                                  HALA Y. JARBOU
                                                                  UNITED STATES DISTRICT JUDGE